<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARIM ARZADI, JOWORISAK & ASSOCIATES, LLC, f/k/a ARZADI, JOWORISAK & ASSOCIATES and LAW OFFICES OF KARIM ARZADI, <br><br> Plaintiffs, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, and ABC INSURANCE COMPANY, 1-10, <br><br> Defendants. | Case No. 15-cv-8768-SDW-LDW <br><br> **ORDER** <br><br> February 7, 2018 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendant Evanston Insurance Company's Motion for Partial Summary Judgment and Plaintiffs Karim Arzadi, Joworisak & Associates, LLC, f/k/a Arzadi, Joworisak & Associates, and the Law Offices of Karim Arzadi's Cross-Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56; and this Court having considered the parties' submissions; for the reasons stated in this Court's Opinion dated February 1, 2018;

**IT IS** on this 7th day of February, 2018,

**ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (ECF No. 14) is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 15) is **DENIED.**

1

2

                                               s/ *Susan D. Wigenton*
                                               **SUSAN D. WIGENTON**
                                               **UNITED STATES DISTRICT JUDGE**

Orig:        Clerk
cc:          Hon. Cathy L. Waldor, U.S.M.J.
                 Parties