UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------------x
KARIM ARZADI, JOWORISAK & ASSOCIATES, LLC,
f/k/a ARZADI, JOWORISAK & ASSOCIATES and
LAW OFFICES OF KARIM ARZADI,

                                                    Civil Action No. 2:17-cv-05470

               Plaintiffs,

    -against-

EVANSTON INSURANCE COMPANY,
and ABC INSURANCE COMPANY, 1-10,

               Defendants.
------------------------------------------------------------------------------x

## NOTICE OF MOTION

**TO PLAINTIFFS AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 3, 2020, or on an alternate date to be determined by the Court, Defendant Evanston Insurance Company ("Evanston"), will and hereby respectfully does, move this Court to reopen this civil action to compel Plaintiffs' compliance with this Court's February 7, 2018 Order.

This motion is based upon this Notice of Motion, the concurrently-filed Brief in Support of the Motion, the Certification of Christina R. Salem, Esq. in Support of the Motion, along with the Exhibits thereto, the Proposed Order, the pleadings filed in this action, and on such other and further evidence as may be presented prior to, and at, the return date on this motion.

Dated: December 31, 2019

                                                   KENNEDYS CMK LLP

                                                   s/ *Christina R. Salem*
                                                   Michael J. Tricarico
                                                   Christina R. Salem
                                                   570 Lexington Avenue – 8th Floor

2

New York, New York 10022
(212) 252-0004
Email: michael.tricarico@kennedyslaw.com
　　　　christina.salem @ kennedyslaw.com

*Attorneys for Defendant*
*Evanston Insurance Company*

2