| | |
|---|---|
| **From:** | Philip Nettl <pnettl@benedictandaltman.com> |
| **Sent:** | Wednesday, May 23, 2018 1:25 PM |
| **To:** | Christina Salem |
| **Cc:** | Michael J. Tricarico |
| **Subject:** | Arzadi v. Evanston |
| **Attachments:** | Arzadi Lit. Plan.pdf; Benedict billing.pdf; Finegan CV.pdf; Vince billing 3-6-2018.pdf; Vince billing 5-15-2018.pdf; Vince billing 9.2017.pdf; Vince CV.pdf |

Christina,
Attached please find CV's for Gerard Vince, Esq., and his associate, Carmen Finegan, Esq., as well as their bills to date, and Benedict and Altman's bills to date regarding the Allstate litigation. We had been sending bills that included my services on the coverage litigation. For the time being, we can exclude my billing from what is being requested in defense costs to date, without prejudice to revisiting it at a later time.
I have also attached the litigation plan that Mr. Vince drafted, which includes the status of the litigation and the important dates.
I'm sure your client will have questions, but this should get them started on their due diligence.
I sincerely apologize for the delay.
**Philip Nettl, Esq.**
Benedict and Altman
247 Livingston Avenue
New Brunswick, New Jersey 08901
Ph. (732) 745-9000
Fax (732) 214-1897

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com