| | |
|---|---|
| **From:** | Christina Salem |
| **Sent:** | Wednesday, May 23, 2018 1:53 PM |
| **To:** | 'Philip Nettl' |
| **Cc:** | Michael J. Tricarico |
| **Subject:** | RE: Arzadi v. Evanston |

Phil,

Thank you for providing this, however, Evanston cannot waste its resources and conduct piecemeal review of the material to accommodate the Plaintiffs failure to timely provide its long-overdue defense information. Not all of the requested information has been provided, including but not limited to a CV for Mr. Benedict and a proposed budget. Additionally, if you wish to submit invoices for reimbursement that should not include certain attorney time, then revised invoices need to be provided reflecting that.

Christina Salem
Partner
for Kennedys CMK

## Kennedys CMK

T +1 646 625 3968
M +1 646 484 0394
F +1 646 625 4044
www.kennedyscmk.com

---

**From:** Philip Nettl [mailto:pnettl@benedictandaltman.com]
**Sent:** Wednesday, May 23, 2018 1:25 PM
**To:** Christina Salem
**Cc:** Michael J. Tricarico
**Subject:** Arzadi v. Evanston

Christina,

Attached please find CV's for Gerard Vince, Esq., and his associate, Carmen Finegan, Esq., as well as their bills to date, and Benedict and Altman's bills to date regarding the Allstate litigation. We had been sending bills that included my services on the coverage litigation. For the time being, we can exclude my billing from what is being requested in defense costs to date, without prejudice to revisiting it at a later time.

I have also attached the litigation plan that Mr. Vince drafted, which includes the status of the litigation and the important dates.

I'm sure your client will have questions, but this should get them started on their due diligence.

I sincerely apologize for the delay.

## Philip Nettl, Esq.

Benedict and Altman
247 Livingston Avenue
New Brunswick, New Jersey 08901
Ph. (732) 745-9000

Fax (732) 214-1897

---

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com

---