**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**CATHY L. WALDOR**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
NEWARK, NJ 07101
973-776-7862

June 11, 2018

## LETTER ORDER

Re:   Arzadi et al v. Evanston Insurance Co. et al
      Civil Action No. 2:17-cv-5470 (SDW-CLW)

Dear Counsel and Parties:

IT IS on this 11th day of June, 2018,

**ORDERED** that this matter is administratively terminated pending disposition of the state case pending in the Superior Court of New Jersey; and

**ORDERED** that the Clerk shall administratively terminate this matter, without prejudice to the right of the parties to reopen.

SO ORDERED.

s/Cathy L. Waldor
**Cathy L. Waldor, U.S.M.J.**