| | |
|---|---|
| **From:** | Christina Salem |
| **Sent:** | Thursday, February 14, 2019 5:55 PM |
| **To:** | 'Philip Nettl' |
| **Cc:** | Michael J. Tricarico |
| **Subject:** | RE: Arzadi v. Allstate |

Phil, so that we understand what your plan is, when you say you are sending "updated legal bills," do you mean you will be providing us with a complete set of new bills for consideration from this matter's inception to-date, or will you be submitting bills starting from the last set of bills already submitted?

**From:** Christina Salem
**Sent:** Wednesday, February 13, 2019 7:07 PM
**To:** 'Philip Nettl'
**Cc:** Michael J. Tricarico
**Subject:** RE: Arzadi v. Allstate

Thanks for the update. Just to clarify, Evanston, in its enclosed September 7, 2018 letter, did indicate the defense bill entries it objected to. It pointed out, and highlighted the NJ law in support, that the bills involved improper duplicative work, non-descript entries, administrative tasks billed at attorney rates and, most significantly, bill fees for two separate law firms and four different attorneys.