**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------------------------x
KARIM ARZADI, JOWORISAK & ASSOCIATES, LLC,
f/k/a ARZADI, JOWORISAK & ASSOCIATES and
LAW OFFICES OF KARIM ARZADI,

                                                                                                       Civil Action No. 2:17-cv-05470

                        Plaintiffs,

            -against-

EVANSTON INSURANCE COMPANY,
and ABC INSURANCE COMPANY, 1-10,

                        Defendants.
------------------------------------------------------------------------------x

## ORDER

**THIS MATTER** having been brought before the Honorable Susan D. Wigenton, U.S.D.J. by Evanston Insurance Company ("Evanston") in the above-captioned matter, on a Motion to Reopen this case for the limited purpose of compelling Plaintiffs to comply with this Court's February 7, 2018 Order and cooperate with Evanston in the handling of their defense in the relevant underlying lawsuit, and the Court having reviewed the papers submitted in connection thereto, and oral argument having been heard,

       **IT IS** on this _____ day of _____, 2020,

       **ORDERED** that Evanston's Motion to reopen this case is GRANTED, and it is

       **FURTHER ORDERED** that Plaintiffs are to comply with this Court's February 7, 2018 Order, communicate to Evanston if they will accept or reject Evanston's defense offering in the matter styled *Allstate Insurance Company et al. v. Bandy et al.*, OCN-19-17, pending in the Superior Court of New Jersey, Ocean Vicinage (the "Allstate Suit"), and cooperate with Evanston in providing all information in the Allstate Suit; and it is

2

**FURTHER ORDERED** that any defense and/or reimbursement obligation for past fees, to the extent owed by Evanston to the Plaintiffs, begins only at the future point that Plaintiffs cooperate with Evanston, including the date by which Plaintiffs submit compliant legal bills for Evanston's consideration; and it is

**FURTHER ORDERED** that Plaintiffs must submit to an examination under oath.

_____
Hon. Susan D. Wigenton, U.S.D.J.