**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-------------------------------------------------------------------x
KARIM ARZADI, JOWORISAK & ASSOCIATES, LLC,
f/k/a ARZADI, JOWORISAK & ASSOCIATES and
LAW OFFICES OF KARIM ARZADI,

                              Civil Action No. 2:17-cv-05470

                  Plaintiffs,

                              **CERTIFICATION OF SERVICE**

    -against-

EVANSTON INSURANCE COMPANY,
and ABC INSURANCE COMPANY, 1-10,

                  Defendants.
-------------------------------------------------------------------x

      I certify that the within Evanston Insurance Company's Motion to Reopen this Case to Compel Plaintiffs' Compliance with this Court's February 7, 2018 Order and supporting documentation have been electronically filed via CM/ECF on the date indicated below and one courtesy copy of same has been mailed to the Honorable Susan D. Wigenton, U.S.D.J., Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101.

                                                   s/ *Christina R. Salem*
                                                   Christina R. Salem

Dated:      December 31, 2019